

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ACC HOLDING, INC. D/B/A AIR CARRIERS, INC., | | No. 08-14-00169-CV |
| | § | |
| | | Appeal from the |
| Appellant, | § | |
| | | 346th District Court |
| v. | § | |
| | | of El Paso County, Texas |
| ANTONIO VIELMA, | § | |
| | | (TC# 2011-DCV-04851) |
| Appellee. | § | |

## MEMORANDUM OPINION

Pending before the Court is a motion filed by Appellant, ACC Holding, Inc. d/b/a Air Cargo Carriers, Inc., to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1) because Appellant no longer wishes to prosecute the appeal. We grant the motion and dismiss the appeal. Costs of the appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).

STEVEN L. HUGHES, Justice

May 27, 2015

Before McClure, C.J., Rodriguez, and Hughes, JJ.